FILED
2008 Jun-03 PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHANNON DUDLEY WALKER,** ) | |
| ) | |
| **Movant/Defendant,** ) | |
| ) | **Case Numbers:** |
| vs. ) | **CV 06-S-8014-NE** |
| ) | **CR 04-S-291-NE** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

On May 2, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the motion to vacate, set aside or correct a sentence, filed by Shannon Dudley Walker, pursuant to 28 U.S.C. § 2255, be denied. No objections have been filed.

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation. The Court is of the opinion that the report is due to be, and it hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be denied. An appropriate order will be entered.

DONE 3rd day of June, 2008.

	_____
	United States District Judge